UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH JEROME PACKNETT,

    Plaintiff,

  v.

FERNAND ALVAREZ, et al.,

    Defendants.

Case No. 15-cv-01229-YGR (PR)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE AMENDMENT TO THE COMPLAINT**

Plaintiff, a state prisoner, filed the instant *pro se* prisoner complaint under 42 U.S.C. § 1983. On July 10, 2015, the Court issued an Order in which Plaintiff was directed to amend his disability discrimination claim within twenty-eight days. He was directed to file his amendment to the complaint within the twenty-eight-day deadline. He was warned the failure to do so would result in dismissal of the aforementioned claim without prejudice.

Before the Court is Plaintiff's request for an extension of time to file his amendment to the complaint.

Good cause appearing, the request is GRANTED. Plaintiff shall file his amendment to the complaint no later than **twenty-eight (28) days** from the date of this Order. Plaintiff may amend only the disability discrimination claim and not the entire complaint. He must clearly label the document an "Amendment to the Complaint," and write in the case number for this action, Case No. C 15-1229 YGR (PR). The failure to do so on or by the twenty-eight-day deadline will result in the dismissal of the disability discrimination claim without prejudice. No further extensions of time will be granted absent extraordinary circumstances.

This Order terminates Docket No. 12.

IT IS SO ORDERED.

Dated: August 26, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge