UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH JEROME PACKNETT,

    Plaintiff,

    v.

FERNAND ALVAREZ, et al.,

    Defendants.

Case No.  15-cv-01229-YGR  (PR)

**~~PROPOSED~~ ORDER GRANTING DEFENDANTS' REQUEST TO CHANGE TIME TO FILE A DISPOSITIVE MOTION**

Defendants Wiggins, Alvarez, Pachynski, Gray, Davis, Martin, and Hay moved this Court to change the time to file a dispositive motion up to **twenty-eight (28) days** after the Court rules on Defendants' pending Request to Strike Plaintiff's Amendment to the Complaint.  After full consideration, and good cause appearing, Defendants' motion for extension of time is GRANTED.

Plaintiff shall file his opposition within **twenty-eight (28) days** of the filing of Defendants' dispositive motion.  Defendants' reply brief must be filed within **fourteen (14) days** of the filing of Plaintiff's opposition.  Absent further order, the motion will be deemed submitted when the reply is filed.

This Order terminates Docket No. 23.

IT IS SO ORDERED.

Dated:  December 4, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge