UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH JEROME PACKNETT,<br><br>Plaintiff,<br><br>v.<br><br>FERNAND ALVAREZ, et al.,<br><br>Defendants. | Case No. 15-cv-01229-YGR  (PR)<br><br>**ORDER GRANTING DEFENDANTS A SECOND EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION; RESPONDING TO REQUEST FOR CLARIFICATION ON STATUS OF DEFENDANTS DAVIS AND HAY; AND GRANTING MOTION FOR JOINDER** |

Before the Court are Defendants' motions for another extension of time to file their dispositive motion. Dkts. 34, 40. Also before the Court is Defendants' "Request for Clarification and Status of Davis and Hay; Notice of Joinder in Motion for Extension of Time to File a Dispositive Motion," in which Defendants' attorney points out that served Defendants M. L. Davis and S. Hay were inadvertently terminated from this action. Dkt. 44 at 1-2. Defendants request for the Court to clarify whether or not these Defendants have been terminated, and, if not, whether they may join in the motion for an extension of time to file a dispositive motion. *Id.* at 2.

After a review of the docket, the Court finds that Defendants Davis and Hay were incorrectly terminated, and it has instructed the Clerk of the Court to delete the notification of their termination on the docket. As mentioned above, Defendants Davis and Hay filed a motion to join the aforementioned Defendants' motion for extension of time. Dkt. 44. Defendants Davis's and Hay's motion is GRANTED, and the joinder is accepted.

Also, for good cause appearing, Defendants' request for an extension of time to file a dispositive motion is GRANTED. Defendants may file a dispositive motion on or before **September 13, 2016**.

Plaintiff's opposition to the dispositive motion shall be filed not more than **twenty-eight (28) days** after the date on which Defendants' motion is filed.

1    Defendants shall file a reply brief no later than **fourteen (14) days** after the date Plaintiff's
2 opposition is filed.
3    This Order terminates Docket Nos. 34, 40 and 44.
4    IT IS SO ORDERED.
5 Dated: July 29, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Judge