UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH JEROME PACKNETT,<br><br>Plaintiff,<br><br>v.<br><br>FERNAND ALVAREZ, et al.,<br><br>Defendants. | Case No. 15-cv-01229-YGR (PR)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' DISPOSITIVE MOTION; AND GRANTING HIS REQUEST TO FILE UNTIMELY REPLY TO DEFENDANTS' OPPOSITION TO HIS MOTION FOR RECONSIDERATION** |

Before the Court is Plaintiff's request for an extension of time in which to file his opposition to Defendants' Motion for Summary Judgment and Motion to Dismiss. Dkt. 56. Plaintiff requests an extension of time, up to and including November 16, 2016, in which to file his opposition on the grounds that his library access is limited at the prison where he is incarcerated. Dkt. 56 at 1. Plaintiff also requests a "[n]in[e]ty (90) day continuance from December 16, 2016 until April 16, 2017 to complete his responsive pleading." *Id.* The Court construes Plaintiff's aforementioned request as a second request for a continuance to file his opposition up to and including April 16, 2017, which the Court notes is beyond his requested ninety-day continuance.

Having read and considered Plaintiff's request, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED in part and DENIED in part. The time in which Plaintiff may file his opposition to Defendants' dispositive motion will be extended up to and including **November 16, 2016**. Therefore, Plaintiff's request for such an extension is GRANTED. However, the Court finds that Plaintiff is not entitled to a second continuance, and DENIES his request for a continuance to file his opposition up to and including April 16, 2017.

Defendants shall file a reply brief no later than **fourteen (14) days** after the date Plaintiff's opposition is filed.

Also before the Court is Plaintiff's request to file an untimely reply to Defendants' opposition to his motion for reconsideration. Dkt. 55. The Court GRANTS Plaintiff's request and directs the Clerk of the Court to file the document entitled, "Request for Leave of Court to File **Untimely Reply to Defendants['] Opposition to Plaintiff's Motion for Reconsideration," and docket it as "Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion for Reconsideration."

This Order terminates Docket Nos. 55 and 56.

IT IS SO ORDERED.

Dated: October 17, 2016

YVONNE GONZALEZ ROGERS
United States District Court Judge