UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH JEROME PACKNETT,

Plaintiff,

v.

FERNAND ALVAREZ, et al.,

Defendants.

Case No. 15-cv-01229-YGR (PR)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR A SECOND EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' DISPOSITIVE MOTION**

Before the Court is Plaintiff's request for a second extension of time in which to file his opposition to Defendants' Motion for Summary Judgment and Motion to Dismiss. Dkt. 59. Plaintiff requests an extension of time, up to and including February 6, 2017, in which to file his opposition on the ground that he is being transferred to another institution, R. J. Donovan Correctional Facility, which he claims has no available law library. *Id.* at 2.

Having read and considered Plaintiff's request, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request for a second extension of time is GRANTED. The time in which Plaintiff may file his opposition to Defendants' dispositive motion will be extended up to and including **February 6, 2017**. Defendants shall file a reply brief no later than **fourteen (14) days** after the date Plaintiff's opposition is filed.

**No further extensions will be granted absent extraordinary circumstances.**

This Order terminates Docket No. 59.

IT IS SO ORDERED.

Dated: November 23, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge