United States District Court
Northern District of California

1
2
3
4                  UNITED STATES DISTRICT COURT
5                 NORTHERN DISTRICT OF CALIFORNIA
6
7   KENNETH JEROME PACKNETT,                Case No.  15-cv-01229-YGR (PR)

        Plaintiff,                          **ORDER GRANTING PLAINTIFF'S**
8                                           **REQUEST FOR A THIRD EXTENSION**
9       v.                                  **OF TIME TO FILE OPPOSITION TO**
                                            **DEFENDANTS' DISPOSITIVE**
10  FERNAND ALVAREZ, et al.,                **MOTION**

        Defendants.
11
12          Before the Court is Plaintiff's request for a third extension of time in which to file his

13  opposition to Defendants' Motion for Summary Judgment and Motion to Dismiss.  Dkt. 63.

14  Plaintiff requests an extension of time, up to and including March 31, 2017, in which to file his

15  opposition on the ground that he needs more time to conduct discovery.  *Id.* at 3.

16          Having read and considered Plaintiff's request, and good cause appearing,

17          IT IS HEREBY ORDERED that Plaintiff's request for a third extension of time is

18  GRANTED.  The time in which Plaintiff may file his opposition to Defendants' dispositive

19  motion will be extended up to and including **March 31, 2017.**  Defendants shall file a reply brief

20  no later than **fourteen (14) days** after the date Plaintiff's opposition is filed.

21          **No further extensions will be granted absent extraordinary circumstances.**

22          This Order terminates Docket No. 63.

23          IT IS SO ORDERED.

24  Dated: February 24, 2017

25                                          _____
26                                          YVONNE GONZALEZ ROGERS
                                            United States District Court Judge
27
28