UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT PUCKETT,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMIE CORTES, et al.,<br><br>    Defendants. | Case No. 16-cv-05878-YGR (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR SECOND EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' DISPOSITIVE MOTION** |

Plaintiff has filed a request for a second extension of time in which to file his opposition to Defendants' dispositive motion. Having read and considered Plaintiff's request, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request for a second extension of time is GRANTED. The time in which Plaintiff may file his opposition to Defendants' dispositive motion will be extended up to and including **twenty-eight (28) days** from the date of this Order.

Defendants shall file a reply brief no later than **fourteen (14) days** after the date Plaintiff's opposition is filed.

This Order terminates Docket No. 27.

IT IS SO ORDERED.

Dated:

YVONNE GONZALEZ ROGERS
United States District Court Judge