UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH JEROME PACKNETT,

    Plaintiff,

  v.

FERNAND ALVAREZ, et al.,

    Defendants.

Case No. 15-cv-01229-YGR (PR)

**JUDGMENT**

    For the reasons set forth in this Court's Order Granting Defendants' Motion for Summary Judgment and Motion to Dismiss; and Denying Plaintiff's Request for a Seventh Extension of Time to File a Complete Opposition,

    IT IS ORDERED AND ADJUDGED

    That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

    IT IS SO ORDERED.

Dated: September 21, 2017

_____
YVONNE GONZALEZ ROGERS
United States District Judge